United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas   75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 22-20025-rlj-11 |
| **Tony Alton Pennington,** | § | |
| | § | **(Subchapter V)** |
| | § | **Chapter 11** |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Behrooz P. Vida**
**The Vida Law Firm, PLLC**
**3000 Central Drive**
**Bedford, TX   76021**
**817-358-9977-office**
**817-358-9988-fax**
**behrooz@vidalawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: February14, 2022

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Nancy Sue Resnick*
Nancy Sue Resnick
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX   75242
(214) 767-1088
nancy.s.resnick@usdoj.gov

## Certificate of Service

I certify that on the 14th day of February, 2022, a copy of this document was served via ecf.

*/s/ Nancy Sue Resnick*
Nancy Sue Resnick