BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § § §
**Tony Alton Pennington** §    Case No.:
§
§
Debtor(s) § §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **February 9, 2022**         **/s/ Tony Alton Pennington**
                                   **Tony Alton Pennington**
                                   Signature of Debtor

Date: **February 9, 2022**         **/s/ Jeff Carruth**
                                   Signature of Attorney
                                   **Jeff Carruth 24001846**
                                   **Weycer, Kaplan, Pulaski & Zuber, P.C.**
                                   **3030 Matlock Rd.**
                                   **Suite 201**
                                   **Arlington, TX 76015**
                                   **(713) 341-1158   Fax: (866) 666-5322**

                                   **xxx-xx-2764**
                                   Debtor's Social Security/Tax ID No.

                                   Joint Debtor's Social Security/Tax ID No.

| SERVICE LIST | Case No. _____ | In re: Tony Alton Pennington | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip | Email | Method of Service / Comment |
| Ally Financial | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City | OK | 73118-7902 | | Regular mail |
| Ally Financial | Attn: Bankruptcy | PO Box 380901 | Bloomington | MN | 55438-0902 | | Regular mail |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern | PA | 19355-0702 | | Regular mail |
| Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso | TX | 79998-1541 | | Regular mail |
| Attorney General | Texas Child Support SDU | PO Box 659791 | San Antonio | TX | 78265-9792 | | Regular mail |
| Blue Juniper Trust | Systems & Services Technologies, Inc. | 4315 Pickett Road, | St. Joseph | MO | 64503-1601 | | Regular mail |
| Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City | UT | 84130-0286 | | Regular mail |
| Davis Law Firm | 1600 Lomas Blvd | | Albuquerque | NM | 87102-2713 | | Regular mail |
| Ford Motor Credit Corporation | PO BOX 62180 | | COLORADO SPRINGS | CO | 80962-2182 | | Regular mail |
| Hopper Pump & Drilling | 1002 Pine Hodge Rd | | Roswell | NM | 88201-9440 | | Regular mail |
| Internal Review Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | Regular mail |
| Lincoln Automotive Fin.. | Attn: Bankruptcy | PO Box 542000 | Omaha | NE | 68154-8001 | | Regular mail |
| New Mexico Tax & Revenue Dept | 1100 S St Francis Dr | | Roswell | NM | 88203 | | Regular mail |
| Rachel Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5637 | [reserved] | Direct email |
| Terra Abellana | 1890 County Road 1790 | | Sunset | TX | 76270-5329 | | Mail |
| Terra Abellana | c/o Blackwell Law Fir, LLP | 703 S. Van Buren | Amarillo | TX | 79101-2236 | legalbf@blackwellfirm.net | Direct email |
| Tony Alton Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5635 | [reserved] | Direct email |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas | TX | 75242-0997 | | ECF |
| | SubChapter V Trustee | | | | | TBD | TBD |