United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | Case No. 22-20025-rlj-11 |
| **Tony Alton Pennington,** § | |
| § | (Subchapter V) |
| § | Chapter 11 |
| Debtor. § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2022, I sent a copy of the *Notice of Appointment of Subchapter V Trustee and Verified Statement of Subchapter V Trustee* (docket nos. 5 and 5-1), to the parties shown on the attached Mailing Matrix by regular First Class U.S. Mail.

Dated: February 15, 2022          Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Nancy Sue Resnick*
Nancy Sue Resnick
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX  75242
(214) 767-1088
nancy.s.resnick@usdoj.gov

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas   75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:  §<br>§<br>**Tony Alton Pennington,**  §<br>§<br>§<br>§<br>§<br>Debtor.  §<br>§ | **Case No. 22-20025-rlj-11**<br><br>**(Subchapter V)**<br>**Chapter 11** |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Behrooz P. Vida
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX   76021
817-358-9977-office
817-358-9988-fax
behrooz@vidalawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: February 14, 2022

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Nancy Sue Resnick*
Nancy Sue Resnick
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX 75242
(214) 767-1088
nancy.s.resnick@usdoj.gov

**Certificate of Service**

I certify that on the 14th day of February, 2022, a copy of this document was served via ecf.

*/s/ Nancy Sue Resnick*
Nancy Sue Resnick

United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 22-20025-rlj-11 |
| Tony Alton Pennington, § | |
| § | (Subchapter V) |
| § | **Chapter 11** |
| § | |
| Debtor. § | |
| § | |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $450.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: February 14, 2022

_____
BEHROOZ P. VIDA,
SUBCHAPTER V TRUSTEE

```
Label Matrix for local noticing        205 East Fifth Street, Room 201D       Ally Financial
0539-2                                 Amarillo, TX 79101-1559                AIS Portfolio Services LP
Case 22-20025-rlj11                                                           4515 N Santa Fe Ave. Dept. APS
Northern District of Texas                                                    Oklahoma City OK 73118-7901
Amarillo
Tue Feb 15 07:35:40 CST 2022

Ally Financial                         American Express National Bank         Amex
Attn Bankruptcy                        c/o Becket and Lee LLP                 Correspondence/Bankruptcy
PO Box 380901                          PO Box 3001                            P.O. Box 981540
Bloomington MN 55438-0901              Malvern PA 19355-0701                  El Paso TX 79998-1540


Attorney General                       Blue Juniper Trust                     Capital One
Texas Child Support SDU                Systems & Services Technologies Inc.   Attn Bankruptcy
PO Box 659791                          4315 Pickett Road                      PO Box 30285
San Antonio TX 78265-9791              St. Joseph MO 64503-1600               Salt Lake City UT 84130-0285


Davis Law Firm                         (p)FORD MOTOR CREDIT COMPANY           Hopper Pump & Drilling
1600 Lomas Blvd                        P O BOX 62180                          1002 Pine Hodge Rd
Albuquerque NM 87102-2711              COLORADO SPRINGS CO 80962-2180         Roswell NM 88201-9438


Internal Review Service                Lincoln Automotive Fin..               New Mexico Tax & Revenue Dept
PO Box 7346                            Attn Bankruptcy                        1100 S St Francis Drive
Philadelphia PA 19101-7346             PO Box 542000                          Roswell NM 88201
                                       Omaha NE 68154-8000


Rachel Pennington                      Swindell Law Firm                      Terra Abellana
3803 Lynette Dr                        1619 S Kentucky Suite B                1890 County Road 1790
Amarillo TX 79109-5635                 Amarillo TX 79102-2276                 Sunset TX 76270-5329


Terra Abellana                         Tony Alton Pennington                  United States Trustee
c/o Blackwell Law Firm LLP             3803 Lynette Dr                        1100 Commerce Street
703 S. Van Buren                       Amarillo TX 79109-5635                 Room 976
Amarillo TX 79101-2235                                                        Dallas, TX 75242-0996


Behrooz P. Vida -SBRA V                Jeffery D. Carruth
The Vida Law Firm, PLLC                Weycer, Kaplan, Pulaski & Zuber, P.C.
3000 Central Drive                     3030 Matlock Rd., Suite 201
Bedford, TX 76021-3671                 Arlington, TX 76015-2936
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Ford Motor Credit Corporation
PO BOX 62180
Colorado Springs CO 80962-2182
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Amex Correspondence/Bankruptcy
PO Box 981540
El Paso TX 79998-1540

(d)United States Trustee
1100 Commerce Street Room 976
Dallas TX 75242-0996

(d)Tony Alton Pennington
3803 Lynette Dr
Amarillo, TX 79109-5635

End of Label Matrix
Mailable recipients    22
Bypassed recipients     3
Total                  25