soantcstatcnf (02/21)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Tony Alton Pennington | § | Case No.: 22−20025−rlj11 |
| | § | Chapter 11, Subchapter V |
| Debtor(s) | § | |

## *SCHEDULING ORDER AND NOTICE OF STATUS CONFERENCE*

The above−captioned debtor (the "*Debtor*") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "*Bankruptcy Code*"). This Scheduling Order and Notice of Status Conference facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, *IT IS ORDERED:*

1. *Subchapter V Case*. Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Interim Federal Rules of Bankruptcy Procedure as adopted by this Court by General Order 2020−01.

2. *Debtor's Compliance with § 1187*. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code.

3. *Service of Notice of Commencement of Case by the Debtor*. The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor within 7 days after entry of the date of this Order.

4. *Objections to Designation*. Any objection to the Debtor's designation as a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(b) no later than 30 days after the conclusion of the § 341 meeting of creditors, or within 30 days after any amendment to the Subchapter V designation, whichever is later.

5. *Status Conference*. A Status Conference has been set on **4/7/22** at **01:30 PM** in the U.S. Bankruptcy Court, before the Honorable Robert L. Jones at /via WebEx. The meeting/dial−in information for this docket can be found on the Courts website(www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing, to consider resolution of the case pursuant to 11 U.S.C. § 1188.

6. *Debtor's § 1188(c) Report*. The Debtor must file with the Court and serve on the Subchapter V trustee and all parties in interest the pre−status conference report required under § 1188(c) of the Bankruptcy Code no later than March 24, 2022. The Debtor's report shall include, at a minimum, a description of the Debtor's business and operations, the Debtor's efforts to formulate a Chapter 11 plan of reorganization and the Debtor's efforts to communicate with creditors regarding any such plan.

7. *Plan of Reorganization*. Unless otherwise ordered by the Court, the Debtor must file with the Court a plan of reorganization in accordance with § 1189 of the Bankruptcy Code on or before *5/12/22*. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

8. *Additional Deadlines*. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance, or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

### END OF ORDER ###

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 22-20025-rlj

Tony Alton Pennington     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2     User: admin     Page 1 of 2

Date Rcvd: Feb 15, 2022     Form ID: onscf11V     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tony Alton Pennington, 3803 Lynette Dr, Amarillo, TX 79109-5635 |
| 19591195 | + | Amex Correspondence/Bankruptcy, PO Box 981540, El Paso TX 79998-1540 |
| 19591197 | + | Attorney General, Texas Child Support SDU, PO Box 659791, San Antonio TX 78265-9791 |
| 19591198 | + | Blue Juniper Trust, Systems & Services Technologies Inc., 4315 Pickett Road, St. Joseph MO 64503-1600 |
| 19591200 | + | Davis Law Firm, 1600 Lomas Blvd, Albuquerque NM 87102-2711 |
| 19591202 | + | Hopper Pump & Drilling, 1002 Pine Hodge Rd, Roswell NM 88201-9438 |
| 19591203 | | Internal Review Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 19591205 | | New Mexico Tax & Revenue Dept, 1100 S St Francis Drive, Roswell NM 88201 |
| 19591206 | + | Rachel Pennington, 3803 Lynette Dr, Amarillo TX 79109-5635 |
| 19591207 | + | Swindell Law Firm, 1619 S Kentucky Suite B, Amarillo TX 79102-2276 |
| 19591209 | + | Terra Abellana, c/o Blackwell Law Firm LLP, 703 S. Van Buren, Amarillo TX 79101-2235 |
| 19591208 | | Terra Abellana, 1890 County Road 1790, Sunset TX 76270-5329 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19591193 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 15 2022 21:33:00 | Ally Financial, Attn Bankruptcy, PO Box 380901, Bloomington MN 55438-0901 |
| 19591192 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 15 2022 21:37:05 | Ally Financial, AIS Portfolio Services LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 19591194 | + | Email/PDF: bncnotices@becket-lee.com | Feb 15 2022 21:37:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19591199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2022 21:37:24 | Capital One, Attn Bankruptcy, PO Box 30285, Salt Lake City UT 84130-0285 |
| 19591201 | | Email/Text: EBNBKNOT@ford.com | Feb 15 2022 21:34:00 | Ford Motor Credit Corporation, PO BOX 62180, Colorado Springs CO 80962-2182 |
| 19591204 | + | Email/Text: EBNBKNOT@ford.com | Feb 15 2022 21:34:00 | Lincoln Automotive Fin.., Attn Bankruptcy, PO Box 542000, Omaha NE 68154-8000 |
| 19591211 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 15 2022 21:34:00 | United States Trustee, 1100 Commerce Street Room 976, Dallas TX 75242-0996 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19591196 | *+ | Amex, Correspondence/Bankruptcy, P.O. Box 981540, El Paso TX 79998-1540 |
| 19591210 | * | Tony Alton Pennington, 3803 Lynette Dr, Amarillo TX 79109-5635 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 15, 2022 | Form ID: onscf11V | Total Noticed: 19 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida -SBRA V | behrooz@vidatrustee.com  cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com |
| Jeffery D. Carruth | on behalf of Debtor Tony Alton Pennington jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3