**Fill in this information to identify your case:**

Debtor 1 **Tony Alton Pennington**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**Ally Financial**
**Attn Bankruptcy**
**PO Box 380901**
**Bloomington, MN 55438-0902**

What is the nature of the claim?    **$16,850.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security: -
     Unsecured claim

Contact

Contact phone

**2**
**Amex**
**Correspondence/Bankruptcy**
**PO Box 981540**
**El Paso, TX 79998-1541**

What is the nature of the claim?    **$36,204.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security: -
     Unsecured claim

Contact

Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Tony Alton Pennington**   Case number *(if known)*

---

### 3
**Amex**
**Correspondence/Bankruptcy**
**P.O. Box 981540**
**El Paso, TX 79998**

Contact
Contact phone

**What is the nature of the claim?**     $19,200.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

---

### 4
**Attorney General**
**Texas Child Support SDU**
**PO Box 659791**
**San Antonio, TX 78265-9792**

Contact
Contact phone

**What is the nature of the claim?**     $10,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

---

### 5
**Blue Juniper Trust**
**Systems & Services**
**Technologies, Inc.**
**4315 Pickett Road,**
**St. Joseph, MO 64503-1601**

Contact
Contact phone

**What is the nature of the claim?**     $7,110.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

---

### 6
**Capital One**
**Attn Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130-0286**

**What is the nature of the claim?**     $1,669.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1 **Tony Alton Pennington** Case number *(if known)*

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**7**

**Davis Law Firm**
**1600 Lomas Blvd**
**Albuquerque, NM 87102-2713**

What is the nature of the claim? $30,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**8**

**Ford Motor Credit Corporation**
**PO BOX 62180**
**Colorado Springs, CO**
**80962-2182**

What is the nature of the claim? $12,533.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**9**

**Hopper Pump & Drilling**
**1002 Pine Hodge Rd**
**Roswell, NM 88201-9440**

What is the nature of the claim? $40,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

**10**

**Lincoln Automotive Fin..**
**Attn Bankruptcy**
**PO Box 542000**
**Omaha, NE 68154-8001**

What is the nature of the claim? $12,838.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

B 104 (Official Form 104) For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Tony Alton Pennington**  Case number *(if known)*

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

**11**

**New Mexico Tax & Revenue Dept**
**1100 S St Francis Drive**
**Roswell, NM 88201**

**What is the nature of the claim?**   $45,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

**12**

**New Mexico Tax & Revenue Dept**
**1100 S St Francis Dr**
**Roswell, NM 88203**

**What is the nature of the claim?**   $4,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

**13**

**sst/bjt**

**What is the nature of the claim?**   $8,942.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security: -
　　Unsecured claim

Contact
Contact phone

---

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 4

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1 **Tony Alton Pennington** Case number *(if known)*

| 14 | **Swindell Law Firm**<br>**1619 S Kentucky, Suite B**<br>**Amarillo, TX 79102** | **What is the nature of the claim?** | $2,000.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

| 15 | **Terra Abellana**<br>**1890 County Road 1790**<br>**Sunset, TX 76270-5329** | **What is the nature of the claim?** | $1,370,000.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Tony Alton Pennington**
**Tony Alton Pennington**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **February 18, 2022**

Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy