Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**MOTION OF DEBTOR TO EXTEND AUTOMATIC STAY**

**TO THE HONORABLE ROBERT L. JONES, U.S. BANKRUPTCY JUDGE:**

Tony Alton Pennington ("Debtor") files this *Motion of Debtor to Extend Automatic Stay* (the "Motion") and in support thereof would show to the Court the following.

1. On February 8, 2022, Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq (the "Code") to commence the above-captioned Chapter 11 case (under Subchpater V).

2. Cause exists to extend the Code § 362(a) stay as to all creditors pursuant to and as provided under Code § 362(c)(3)(B).

3. *Creditor(s) as to which the movant seeks to continue or impose the stay (LBR 4001(f)(3)(A))*: All creditors.

4. *Any and all prior bankruptcy filings by the debtor (LBR 4001(f)(3)(B)):* Case No. 21-20198, Chapter 13, in this Court.

5. *Whether more than one previous case pending within the preceding year (LBR 4001(f)(3)(C)):* Yes, Case No. 21-20198, Chapter 13, in this Court.

6. *Any previous case was dismissed within the preceding year after the debtor failed to perform any of the acts set forth in 11 U.S.C. § 362(c)(3)(C)(i)(II) (LBR 4001(f)(3)(D)):* No / not applicable.  The Debtor will be capable of filing and confirming a Subchapter V plan.

7. *Substantial change in the financial or personal affairs of the Debtor (LBR 4001(f)(3)(E)):* Not applicable.  This pending Chapter 11 case was filed because the Debtor exceeded the Chapter 13 debt limits in the prior, recently dismissed Chapter 13 case.

8. *Whether any creditor moved for relief from the automatic stay in a previous case and, if so, the disposition of that motion (LBR 4001(f)(3)(F))*: No / not applicable.

9. Additional facts (LBR 4001(f)(3)(G)): Based upon the schedules and proofs of claims filed in the prior Chapter 13 case, this case is under the current debt limits set for Subchapter V cases.

10. Debtor reserves the right to amend and/or supplement this motion prior to the expiration of the objection deadline and/or prior to any hearing.

11. A proposed form of order accompanies this Motion and is incorporated by reference herein.

## CONCLUSION AND PRAYER

WHEREFORE, Tony Alton Pennington, respectfully requests that the Court extend the automatic stay of Code §362(a) pursuant to and as provided under Code § 362(c)(3)(B).  Debtor requests such other and further relief to which Debtor is entitled at law or in equity.

Dated: February 18, 2022     Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
   JEFF CARRUTH (TX SBN:. 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on February 18, 2022 to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

   */s/ Jeff Carruth*
   JEFF CARRUTH

| SERVICE LIST | Case No. 22-20025-RLJ-11 | In re: Tony Alton Pennington | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip | Email | Method of Service / Comment |
| Ally Financial | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City | OK | 73118-7902 | | Regular mail |
| Ally Financial | Attn: Bankruptcy | PO Box 380901 | Bloomington | MN | 55438-0902 | | Regular mail |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern | PA | 19355-0702 | | Regular mail |
| Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso | TX | 79998-1541 | | Regular mail |
| Attorney General | Texas Child Support SDU | PO Box 659791 | San Antonio | TX | 78265-9792 | | Regular mail |
| Blue Juniper Trust | Systems & Services Technologies, Inc. | 4315 Pickett Road, | St. Joseph | MO | 64503-1601 | | Regular mail |
| Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City | UT | 84130-0286 | | Regular mail |
| Davis Law Firm | 1600 Lomas Blvd | | Albuquerque | NM | 87102-2713 | | Regular mail |
| Ford Motor Credit Corporation | PO BOX 62180 | | COLORADO SPRINGS | CO | 80962-2182 | | Regular mail |
| Hopper Pump & Drilling | 1002 Pine Hodge Rd | | Roswell | NM | 88201-9440 | | Regular mail |
| Internal Review Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | Regular mail |
| Lincoln Automotive Fin.. | Attn: Bankruptcy | PO Box 542000 | Omaha | NE | 68154-8001 | | Regular mail |
| New Mexico Tax & Revenue Dept | 1100 S St Francis Dr | | Roswell | NM | 88203 | | Regular mail |
| Rachel Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5637 | [reserved] | Direct email |
| Terra Abellana | 1890 County Road 1790 | | Sunset | TX | 76270-5329 | | Mail |
| Terra Abellana | c/o Blackwell Law Fir, LLP | 703 S. Van Buren | Amarillo | TX | 79101-2236 | legalbf@blackwellfirm.net | Direct email |
| Tony Alton Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5635 | [reserved] | Direct email |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas | TX | 75242-0997 | | ECF |
| | SubChapter V Trustee | | | | | TBD | TBD |

service list (Pennington) 001 with poc info (2100373x1071EA).XLSX, Sheet1    Page 1 of 1    2/11/2022, 11:57 AM

**MOTION OF DEBTOR TO EXTEND AUTOMATIC STAY — Page 1**    2100272.DOCX [2]

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO EXTEND AUTOMATIC STAY (RE: DOCKET NO. 3)**

On this day came on for consideration the *Motion of Debtor to Extend Automatic Stay* (Docket No. 3) (the "Motion") filed herein on February 18, 2022 by Tony Alton Pennington, Debtor and Debtor in Possession (the "Debtor"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3.      The Code §362 automatic stay is hereby extended, within the meaning and/or as provided under Code pursuant to and as provided under Code § 362(c)(3)(B), as to all creditors.

4.      Debtor shall serve this Order upon all creditors and parties in interest.

### END OF ORDER ###