Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd. Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
Debtor AND Debtor IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### MOTION FOR EXPEDITED HEARING AND/OR SPECIAL SETTING

Tony Alton Pennington, debtor and debtor in possession (the "Debtor") file this *Motion for Expedited Hearing and/or Special Setting* regarding the *Motion of Debtor to Extend Automatic Stay* (Docket No. 12) (the "Motion to Extend Stay"), and in support thereof would show to the Court the following.

1. On February 10, 2022, Debtor filed the Motion to Extend Stay.

2. <u>Requested hearing date and objection deadline</u>: The Debtor respectfully requests that the Court set an expedited hearing regarding the Motion to Extend Stay on **March 10, 2022.** *The time estimate for the hearing is ten (10) minutes or less.*

3. <u>Reason for expedited hearing:</u> A hearing is necessary under the Code § 362 framework and timing for extending the automatic stay.

4. <u>Notice is sufficient.</u> Setting an expedited hearing on March 10, 2022, provides sufficient notice taking into consideration the number of days remaining until such date (at least twenty (20) days as the date of the filing of this motion).

5. <u>Reason hearing not requested sooner.</u> A hearing was requested as soon as the Motion to Extend Stay was filed.

WHEREFORE, Tony Alton Pennington, debtor and debtor in possession, respectfully requests that the Court set an expedited hearing regarding the Motion to Extend Stay on **March 10, 2022 at 1:30 p.m.** by Webex. The Debtor respectfully requests such other and further relief to which the Debtor is entitled at law or in equity.

Dated: February 18, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN:. 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on February 18, 2022 to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

*/s/ Jeff Carruth*
JEFF CARRUTH

| SERVICE LIST | Case No. 22-20025-RLJ-11 | In re: Tony Alton Pennington | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip | Email | Method of Service / Comment |
| Ally Financial | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City | OK | 73118-7902 | | Regular mail |
| Ally Financial | Attn: Bankruptcy | PO Box 380901 | Bloomington | MN | 55438-0902 | | Regular mail |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern | PA | 19355-0702 | | Regular mail |
| Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso | TX | 79998-1541 | | Regular mail |
| Attorney General | Texas Child Support SDU | PO Box 659791 | San Antonio | TX | 78265-9792 | | Regular mail |
| Blue Juniper Trust | Systems & Services Technologies, Inc. | 4315 Pickett Road, | St. Joseph | MO | 64503-1601 | | Regular mail |
| Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City | UT | 84130-0286 | | Regular mail |
| Davis Law Firm | 1600 Lomas Blvd | | Albuquerque | NM | 87102-2713 | | Regular mail |
| Ford Motor Credit Corporation | PO BOX 62180 | | COLORADO SPRINGS | CO | 80962-2182 | | Regular mail |
| Hopper Pump & Drilling | 1002 Pine Hodge Rd | | Roswell | NM | 88201-9440 | | Regular mail |
| Internal Review Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | Regular mail |
| Lincoln Automotive Fin.. | Attn: Bankruptcy | PO Box 542000 | Omaha | NE | 68154-8001 | | Regular mail |
| New Mexico Tax & Revenue Dept | 1100 S St Francis Dr | | Roswell | NM | 88203 | | Regular mail |
| Rachel Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5637 | [reserved] | Direct email |
| Terra Abellana | 1890 County Road 1790 | | Sunset | TX | 76270-5329 | | Mail |
| Terra Abellana | c/o Blackwell Law Fir, LLP | 703 S. Van Buren | Amarillo | TX | 79101-2236 | legalbf@blackwellfirm.net | Direct email |
| Tony Alton Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5635 | [reserved] | Direct email |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas | TX | 75242-0997 | | ECF |
| | SubChapter V Trustee | | | | | TBD | TBD |

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### ORDER SETTING HEARING (RE: DOCKET NO. 12)

The Court shall conduct a final hearing regarding the *Motion of Debtor to Extend the Automatic Stay* (Docket No. 12) on the date and time set forth on the docket of this case and/or at the top of this Order. The hearing will be conducted by and through the WebEx video and audio facility of the Court. Debtor is responsible for notice.

###END OF ORDER###