**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### ORDER SETTING HEARING (RE: DOCKET NO. 12)

The Court shall conduct a final hearing regarding the *Motion of Debtor to Extend the Automatic Stay* (Docket No. 12) on the date and time set forth on the docket of this case and/or at the top of this Order.  The hearing will be conducted by and through the WebEx video and audio facility of the Court.  Debtor is responsible for notice.

###END OF ORDER###