**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**DISCLOSURE OF ATTORNEY COMPENSATION**
**(BASED UPON FROM B2030)**

Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

1.   For legal services, I have agreed to accept

   Initial retainer WKPZ: $10,000.00 (Including $1738 filing fee), normal hourly rates.

2.   The source of the compensation paid to me was:  the Debtor.

3.   The source of the compensation paid to me is:  the Debtor.

4.   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   Review and finalization of petition, schedules, statements of affairs, and other initial pleadings.

   Preparation of any plan which may be required;

   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   Other representation of the Debtor as set forth in the engagement letter and/or application to employ.

   Excluded:  As set forth in motion to employ and/or engagement letter.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Pending or future litigation, adversary proceedings.

Dated: February 25, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

2107186.DOCX