**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**PAYROLL ADVICES**

PROPOSED ATTORNEYS FOR DEBTOR

Jeff Carruth, SBT #24001846
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Phone: (713) 341-1158
Fax: (866) 666-5322
jcarruth@wkpz.com

**CNS** consolidated nuclear security, llc
PO Box 2009
Oak Ridge, TN 37831

TONY A PENNINGTON
3803 LYNETTE DR
AMARILLO TX 79109

Badge:
Pay Period: Jan 24, 2022  Feb 6, 2022

EE Group: Exempt
Facility:
Period No.: 2022/03

| | Check Date | Advice Number | Current: | Net Pay $3,524.60 | = | Earnings $5,041.61 | - | Taxes $466.74 | - | Deductions ($1,050.27) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Feb 11, 2022 | | YTD: | Net Pay $13,182.04 | = | Earnings $19,124.83 | - | Taxes $2,571.39 | - | Deductions ($3,371.40) |

| Earnings - Current | Rate | Hours | Amount | YTD | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| EE GTLI Taxable | 0 | 0 | $3.78 | EE GTLI Taxable | | 0 | $11.34 |
| Other Paid Absence Exempt | 63.02 | 3 | | Other Paid Absence Exempt | | 3 | |
| Biweekly Salary | 0 | 0 | $5,041.61 | Holiday Exempt | | 9 | |
| | | | | Paid Personal Leave Exemp | | 1.5 | |
| | | | | Biweekly Salary | | 0 | $15,124.83 |
| **Total Earnings** | | | **$5,041.61** | | | | |

| Taxes - Current | | Authority | Amount | YTD | | Authority | Amount |
|---|---|---|---|---|---|---|---|
| TX Withholding Tax | | FED | $109.09 | TX Withholding Tax | | FED | $1,192.43 |
| TX EE Social Security Tax | | FED | $289.86 | TX EE Social Security Tax | | FED | $1,117.59 |
| TX EE Medicare Tax | | FED | $67.79 | TX EE Medicare Tax | | FED | $261.37 |
| **Total Employee Tax** | | | **$466.74** | | | | |

| Pre Tax Deductions | | | Amount | YTD | | | Amount |
|---|---|---|---|---|---|---|---|
| PRE CIGNA PPO SELECT | | | ($338.50) | PRE CIGNA PPO SELECT | | | ($1,015.50) |
| PRE VISION ALT | | | ($5.46) | PRE VISION ALT | | | ($16.38) |
| PRE DELTA PREM | | | ($26.20) | PRE DELTA PREM | | | ($78.60) |
| 401K Savings Plan | | | ($252.08) | 401K Savings Plan | | | ($956.24) |

| Post Tax Deductions | | | Amount | YTD | | | Amount |
|---|---|---|---|---|---|---|---|
| Child Support | | | ($375.87) | Child Support | | | ($1,127.61) |
| SUPPLEMENTAL AD&D | | | ($7.38) | Cafeteria Payment | | | ($84.70) |
| GUL COVERAGE | | | ($23.41) | SUPPLEMENTAL AD&D | | | ($22.14) |
| Cafeteria Payment | | | ($21.37) | GUL COVERAGE | | | ($70.23) |
| **Total Deductions** | | | **$1,050.27** | | | | |

| Employer Paid Benefits | | | Amount | YTD | | | Amount |
|---|---|---|---|---|---|---|---|
| BASIC LIFE ER | | | $18.70 | BASIC LIFE ER | | | $56.10 |
| ER CIGNA PPO SELECT | | | $962.00 | ER CIGNA PPO SELECT | | | $2,886.00 |
| VISION ALT ER | | | $8.94 | VISION ALT ER | | | $26.82 |
| ER DELTA PREM | | | $48.69 | ER DELTA PREM | | | $146.07 |

**Check/Transfer Information**

| Bank | Account | Method | Amount |
|---|---|---|---|
| 311376753 | XXXXXXXX1104 | Bank Transfer/ACH | $3,524.60 |

**Leave Balances as of Feb 10, 2022**

| Quota Type | Starting Balance | + Accrued | - Taken | = Ending Balance |
|---|---|---|---|---|
| PTO | 187.21 | 13.85 | 0 | 201.06 |
| Fixed Holidays | 63 | 0 | 0 | 63 |
| Floating Holidays | 27 | 0 | 0 | 27 |
| Personal Leave | 40 | 0 | 1.5 | 38.5 |

**W-4 Elections**

| Filing Status | Allowances | Addl Amount |
|---|---|---|
| Married filing jointly | 00 | |

Page 1 of 1

**CNS** consolidated nuclear security, llc
PO Box 2009
Oak Ridge, TN 37831

TONY A PENNINGTON
3803 LYNETTE DR
AMARILLO TX 79109

Badge: ▓▓▓
▓▓▓ ▓▓▓
Pay Period: Jan 10, 2022  Jan 23, 2022

EE Group: Exempt
Facility: ▓▓▓
Period No.: 2022/02

| Check Date | Advice Number | Current: | Net Pay | = | Earnings | − | Taxes | − | Deductions |
|---|---|---|---|---|---|---|---|---|---|
| Jan 28, 2022 | 0084553600099001 | | $3,492.46 | = | $5,041.61 | − | $466.75 | − | ($1,082.40) |
| | | YTD: | Net Pay | = | Earnings | − | Taxes | − | Deductions |
| | | | $9,657.44 | = | $14,083.22 | − | $2,104.65 | − | ($2,321.13) |

| Earnings - Current | Rate | Hours | Amount | YTD | Hours | Amount |
|---|---|---|---|---|---|---|
| EE GTLI Taxable | 0 | 0 | $3.78 | EE GTLI Taxable | 0 | $7.56 |
| Paid Personal Leave Exemp | 63.02 | 1.5 | | Holiday Exempt | 9 | |
| Biweekly Salary | 0 | 0 | $5,041.61 | Paid Personal Leave Exemp | 1.5 | |
| | | | | Biweekly Salary | 0 | $10,083.22 |
| **Total Earnings** | | | $5,041.61 | | | |

| Taxes - Current | | Authority | Amount | YTD | Authority | Amount |
|---|---|---|---|---|---|---|
| TX Withholding Tax | | FED | $109.09 | TX Withholding Tax | FED | $1,083.34 |
| TX EE Social Security Tax | | FED | $289.87 | TX EE Social Security Tax | FED | $827.73 |
| TX EE Medicare Tax | | FED | $67.79 | TX EE Medicare Tax | FED | $193.58 |
| **Total Employee Tax** | | | $466.75 | | | |

| Pre Tax Deductions | Amount | YTD | Amount |
|---|---|---|---|
| PRE CIGNA PPO SELECT | ($338.50) | PRE CIGNA PPO SELECT | ($677.00) |
| PRE VISION ALT | ($5.46) | PRE VISION ALT | ($10.92) |
| PRE DELTA PREM | ($26.20) | PRE DELTA PREM | ($52.40) |
| 401K Savings Plan | ($252.08) | 401K Savings Plan | ($704.16) |

| Post Tax Deductions | Amount | YTD | Amount |
|---|---|---|---|
| Child Support | ($375.87) | Child Support | ($751.74) |
| SUPPLEMENTAL AD&D | ($7.38) | Cafeteria Payment | ($63.33) |
| GUL COVERAGE | ($23.41) | SUPPLEMENTAL AD&D | ($14.76) |
| Cafeteria Payment | ($53.50) | GUL COVERAGE | ($46.82) |
| **Total Deductions** | $1,082.40 | | |

| Employer Paid Benefits | Amount | YTD | Amount |
|---|---|---|---|
| BASIC LIFE ER | $18.70 | BASIC LIFE ER | $37.40 |
| ER CIGNA PPO SELECT | $962.00 | ER CIGNA PPO SELECT | $1,924.00 |
| VISION ALT ER | $8.94 | VISION ALT ER | $17.88 |
| ER DELTA PREM | $48.69 | ER DELTA PREM | $97.38 |

**Check/Transfer Information**

| Bank | Account | Method | Amount |
|---|---|---|---|
| 311376753 | XXXXXXXX1104 | Bank Transfer/ACH | $3,492.46 |

**Leave Balances as of Jan 27, 2022**

| Quota Type | Starting Balance | + Accrued | − Taken | = Ending Balance |
|---|---|---|---|---|
| PTO | 187.21 | 9.23 | 0 | 196.44 |
| Fixed Holidays | 63 | 0 | 0 | 63 |
| Floating Holidays | 27 | 0 | 0 | 27 |
| Personal Leave | 40 | 0 | 1.5 | 38.5 |

**W-4 Elections**

| Filing Status | Allowances | Addl Amount |
|---|---|---|
| Married filing jointly | 00 | |

Page 1 of 1

**CNS consolidated nuclear security, llc**
PO Box 2009
Oak Ridge, TN 37831

TONY A PENNINGTON
3803 LYNETTE DR
AMARILLO TX 79109

Badge: [redacted]
Pay Period: Dec 27, 2021 — Jan 9, 2022

EE Group: Exempt
Facility: [redacted]
Period No.: 2022/01

| Check Date | Advice Number | Current: | Net Pay | = | Earnings | − | Taxes | − | Deductions |
|---|---|---|---|---|---|---|---|---|---|
| Jan 14, 2022 | [redacted] | | $6,164.98 | = | $9,041.61 | − | $1,637.90 | − | ($1,238.73) |
| | | YTD: | Net Pay $6,164.98 | = | Earnings $9,041.61 | − | Taxes $1,637.90 | − | Deductions ($1,238.73) |

| Earnings - Current | Rate | Hours | Amount | YTD | Hours | Amount |
|---|---|---|---|---|---|---|
| Difference prev. Period | 0 | 0 | $4,000.00 | EE GTLI Taxable | 0 | $3.78 |
| EE GTLI Taxable | 0 | 0 | $3.78 | Holiday Exempt | 9 | |
| Holiday Exempt | 63.02 | 9 | | Biweekly Salary | 0 | $5,041.61 |
| Biweekly Salary | 0 | 0 | $5,041.61 | | | |
| **Total Earnings** | | | $5,041.61 | | | |

| Taxes - Current | Authority | Amount | YTD | Authority | Amount |
|---|---|---|---|---|---|
| TX Withholding Tax | FED | $974.25 | TX Withholding Tax | FED | $974.25 |
| TX EE Social Security Tax | FED | $537.86 | TX EE Social Security Tax | FED | $537.86 |
| TX EE Medicare Tax | FED | $125.79 | TX EE Medicare Tax | FED | $125.79 |
| **Total Employee Tax** | | $1,637.90 | | | |

| Pre Tax Deductions | Amount | YTD | Amount |
|---|---|---|---|
| PRE CIGNA PPO SELECT | ($338.50) | PRE CIGNA PPO SELECT | ($338.50) |
| PRE VISION ALT | ($5.46) | PRE VISION ALT | ($5.46) |
| PRE DELTA PREM | ($26.20) | PRE DELTA PREM | ($26.20) |
| 401K Savings Plan | ($452.08) | 401K Savings Plan | ($452.08) |

| Post Tax Deductions | Amount | YTD | Amount |
|---|---|---|---|
| Child Support | ($375.87) | Child Support | ($375.87) |
| SUPPLEMENTAL AD&D | ($7.38) | Cafeteria Payment | ($9.83) |
| GUL COVERAGE | ($23.41) | SUPPLEMENTAL AD&D | ($7.38) |
| Cafeteria Payment | ($9.83) | GUL COVERAGE | ($23.41) |
| **Total Deductions** | $1,238.73 | | |

| Employer Paid Benefits | Amount | YTD | Amount |
|---|---|---|---|
| BASIC LIFE ER | $18.70 | BASIC LIFE ER | $18.70 |
| ER CIGNA PPO SELECT | $962.00 | ER CIGNA PPO SELECT | $962.00 |
| VISION ALT ER | $8.94 | VISION ALT ER | $8.94 |
| ER DELTA PREM | $48.69 | ER DELTA PREM | $48.69 |

**Check/Transfer Information**

| Bank | Account | Method | Amount |
|---|---|---|---|
| 311376753 | XXXXXXXX1104 | Bank Transfer/ACH | $6,164.98 |

**Leave Balances as of Jan 13, 2022**

| Quota Type | Starting Balance | + Accrued | − Taken | = Ending Balance |
|---|---|---|---|---|
| PTO | 187.21 | 4.62 | 0 | 191.83 |
| Fixed Holidays | 63 | 0 | 0 | 63 |
| Floating Holidays | 27 | 0 | 0 | 27 |
| Personal Leave | 40 | 0 | 0 | 40 |

**W-4 Elections**

| Filing Status | Allowances | Addl Amount |
|---|---|---|
| Married filing jointly | 00 | |

Page 1 of 1