Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-20025-rlj-11 |
| TONY ALTON PENNINGTON | § | (Subchapter V) |
| Debtor. | § | |

### APPLICATION OF SUBCHAPTER V TRUSTEE
### FOR POST-PETITION SECURITY DEPOSIT

Behrooz P. Vida, Subchapter V Trustee ("Trustee"), files this his *Application for Post-Petition Security Deposit* (the "Application"), and in support would show the Court the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding.

3. This Application is filed pursuant to 11 U.S.C. §§ 105, 330.

4. Tony Alton Pennington is the debtor in this proceeding (the "Debtor").

5. On February 11, 2022, this case was filed under Chapter 11 of the Bankruptcy Code.

6. Debtor has opted to be treated as a Subchapter V debtor.

7. On February 14, 2022, Trustee was appointed.

8. On February 25, 2022, Debtor filed his schedules. [*See* ECF No. 20]. In his Schedules I and J [See ECF No. 20, Pages 26 through 32 of 35], Debtor discloses that after deduction of his expenses he has the sum of $1,161.46 left over each month.

9. It is Trustee's understanding that the Bankruptcy Judges in the Northern District of Texas are inclined in the near future to amend the current Scheduling Order and

Notice of Status Conference to require that a Subchapter V Trustee within 30 days of the petition date and continuing monthly thereafter receive from a debtor the sum of $1,000.00 per month. There are already similar measures in place in other districts in other states.

10. The Scheduling Order and Notice of Status Conference issued in this case does not provide for Interim Trustee Compensation.

11. Pursuant to this Application, Trustee requests a post-petition security deposit of $900.00 from debtor until such time that an order confirming Debtor's proposed plan is entered, the case is converted to another Chapter or the case is dismissed.

12. Trustee requests that the funds be paid in certified funds and shall be held in a Subchapter V Trustee bank account until further order of this Court. The Subchapter V Trustee bank account will meet the guidelines set by the United States Trustee's Office

13. Trustee requests that the first monthly security deposit to be paid to Trustee within 7 days following entry of an order approving the Application.

14. Trustee shall deposit each and every monthly security deposit into a Subchapter V Trustee bank account, and the funds shall remain in the account until further order of this Court.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Application be approved by this Court under the terms specified above, and for such other and further relief to which he may show himself to be justly entitled.

                                                     Respectfully submitted:

                                       By: /s/ Behrooz P. Vida   March 7, 2022
                                            Behrooz P. Vida
                                            State Bar No. 20578040
                                            SUBCHAPTER V TRUSTEE
                                            3000 Central Drive
                                            Bedford, Texas 76021

EMAIL: behrooz@vidatrustee.com
TEL: (817) 358-9977
FAX: (817) 358-9988

**CERTIFICATE OF CONFERENCE**

On 3/7/2022 a conference was held via e-mail with Debtor's counsel, Jeff Carruth, the motion is opposed and is being presented for determination by the Court.

By: /s/ Behrooz P. Vida   March 7, 2022
Behrooz P. Vida

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically to upon those parties receiving electronic notice in this case and/or via United States first class mail, postage prepaid, upon the parties on the attached service list.

/s/ Behrooz P. Vida   March 7, 2022
Behrooz P. Vida

Ally Financial
Attn Bankruptcy
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
AIS Portfolio Services LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City OK 73118-7901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
P.O. Box 981540
El Paso TX 79998-1540

Attorney General
Texas Child Support SDU
PO Box 659791
San Antonio TX 78265-9791

Blue Juniper Trust
Systems & Services Technologies Inc.
4315 Pickett Road
St. Joseph MO 64503-1600

Capital One
Attn Bankruptcy
PO Box 30285
Salt Lake City UT 84130-0285

Davis Law Firm
1600 Lomas Blvd
Albuquerque NM 87102-2711

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Hopper Pump & Drilling
1002 Pine Hodge Rd
Roswell NM 88201-9438

Internal Review Service
PO Box 7346
Philadelphia PA 19101-7346

Lincoln Automotive Fin..
Attn Bankruptcy
PO Box 542000
Omaha NE 68154-8000

New Mexico Tax & Revenue Dept
1100 S St Francis Drive
Roswell NM 88201

Rachel Pennington
3803 Lynette Dr
Amarillo TX 79109-5635

Swindell Law Firm
1619 S Kentucky Suite B
Amarillo TX 79102-2276

Terra Abellana
c/o Blackwell Law Firm LLP
703 S. Van Buren
Amarillo TX 79101-2235

Terra Abellana
1890 County Road 1790
Sunset TX 76270-5329

Tony Alton Pennington
3803 Lynette Dr
Amarillo TX 79109-5635

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996