Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-20025-rlj-11 |
| TONY ALTON PENNINGTON | § | (Subchapter V) |
| Debtor. | § | |

### NOTICE ON HEARING ON
### APPLICATION OF SUBCHAPTER V TRUSTEE
### FOR POST-PETITION SECURITY DEPOSIT

The hearing on Application of Subchapter V Trustee for Post-Petition Security Deposit (the "Application"), filed by Subchapter V Trustee, Behrooz P. Vida on March 7, 2022 [ECF No. 24] is set for April 7 at 1:30 pm before the Honorable Robert L Jones, United States Bankruptcy Judge, J. Marvin Jones Federal Building, 205 Southeast Fifth Avenue, Amarillo, Texas 79101 or /via WebEx. The meeting/dial-in information for this docket can be found on the Court's website(www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing. A creditor or party in interest is not required to attend in person or via WebEx unless the creditor has an objection to the Application.

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically to upon those parties receiving electronic notice in this case and/or via United States first class mail, postage prepaid, upon the parties on the attached service list.

By: /S/ Behrooz P. Vida     March 7, 2022
Behrooz P. Vida
State Bar No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
EMAIL: behrooz@vidatrustee.com
TEL: (817) 358-9977
FAX: (817) 358-9988

NOTICE OF SETTING OF HEARING ON
APPLICATION FOR POST-PETITION SECURITY DEPOSIT                PAGE 1 of 1

Ally Financial
Attn Bankruptcy
PO Box 380901
Bloomington MN 55438-0901

Ally Financial
AIS Portfolio Services LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City OK 73118-7901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
P.O. Box 981540
El Paso TX 79998-1540

Attorney General
Texas Child Support SDU
PO Box 659791
San Antonio TX 78265-9791

Blue Juniper Trust
Systems & Services Technologies Inc.
4315 Pickett Road
St. Joseph MO 64503-1600

Capital One
Attn Bankruptcy
PO Box 30285
Salt Lake City UT 84130-0285

Davis Law Firm
1600 Lomas Blvd
Albuquerque NM 87102-2711

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Hopper Pump & Drilling
1002 Pine Hodge Rd
Roswell NM 88201-9438

Internal Review Service
PO Box 7346
Philadelphia PA 19101-7346

Lincoln Automotive Fin..
Attn Bankruptcy
PO Box 542000
Omaha NE 68154-8000

New Mexico Tax & Revenue Dept
1100 S St Francis Drive
Roswell NM 88201

Rachel Pennington
3803 Lynette Dr
Amarillo TX 79109-5635

Swindell Law Firm
1619 S Kentucky Suite B
Amarillo TX 79102-2276

Terra Abellana
c/o Blackwell Law Firm LLP
703 S. Van Buren
Amarillo TX 79101-2235

Terra Abellana
1890 County Road 1790
Sunset TX 76270-5329

Tony Alton Pennington
3803 Lynette Dr
Amarillo TX 79109-5635

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996