

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 10, 2022**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO EXTEND AUTOMATIC STAY (RE: DOCKET NO. 12)**

On March 10, 2022 the Court conducted a hearing regarding the *Motion of Debtor to Extend Automatic Stay* (Docket No. 12) (the "Motion") filed herein on February 18, 2022 by Tony Alton Pennington, Debtor and Debtor in Possession (the "Debtor"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Code §362 automatic stay is hereby extended, within the meaning and/or as provided under Code pursuant to and as provided under Code § 362(c)(3)(B), as to all creditors.

4. Debtor shall serve this Order upon all creditors and parties in interest.

### END OF ORDER ###