**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the items listed below was served on March 15, 2022 by regular mail according to the attached service list.

| Filing Date | # | Docket Text |
|---|---|---|
| 03/10/2022 | 27 | (2 pgs) Order granting motion to extend automatic stay(related document # 12) Entered on 3/10/2022. (Kerr, S.) |

Dated: March 15, 2022  Respectfully submitted:

                                            WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                            By: */s/ Jeff Carruth*
                                               JEFF CARRUTH (TX SBN: 24001846)
                                               3030 Matlock Rd., Suite 201
                                               Arlington, Texas 76105
                                               Telephone: (713) 341-1158
                                               Fax: (866) 666-5322
                                               E-mail: jcarruth@wkpz.com

                                               PROPOSED ATTORNEYS FOR
                                               TONY ALTON PENNINGTON
                                               DEBTOR AND DEBTOR IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on March 15, 2022 to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

                                                           */s/ Jeff Carruth*
                                                          JEFF CARRUTH

| SERVICE LIST | Case No. 22-20025-RLJ-11 | In re: Tony Alton Pennington | | | | | | Method of Service / Comment |
|---|---|---|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip | | Email | |
| Ally Financial | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City | OK | 73118-7902 | | | Regular mail |
| Ally Financial | Attn: Bankruptcy | PO Box 380901 | Bloomington | MN | 55438-0902 | | | Regular mail |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern | PA | 19355-0702 | | | Regular mail |
| Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso | TX | 79998-1541 | | | Regular mail |
| Attorney General | Texas Child Support SDU | PO Box 659791 | San Antonio | TX | 78265-9792 | | | Regular mail |
| Blue Juniper Trust | Systems & Services Technologies, Inc. | 4315 Pickett Road, | St. Joseph | MO | 64503-1601 | | | Regular mail |
| Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City | UT | 84130-0286 | | | Regular mail |
| Davis Law Firm | 1600 Lomas Blvd | | Albuquerque | NM | 87102-2713 | | | Regular mail |
| Ford Motor Credit Corporation | PO BOX 62180 | | COLORADO SPRINGS | CO | 80962-2182 | | | Regular mail |
| Hopper Pump & Drilling | 1002 Pine Hodge Rd | | Roswell | NM | 88201-9440 | | | Regular mail |
| Internal Review Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | Regular mail |
| Lincoln Automotive Fin.. | Attn: Bankruptcy | PO Box 542000 | Omaha | NE | 68154-8001 | | | Regular mail |
| New Mexico Tax & Revenue Dept | 1100 S St Francis Dr | | Roswell | NM | 88203 | | | Regular mail |
| Rachel Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5637 | | [reserved] | Direct email |
| Terra Abellana | 1890 County Road 1790 | | Sunset | TX | 76270-5329 | | | Mail |
| Terra Abellana | c/o Blackwell Law Fir, LLP | 703 S. Van Buren | Amarillo | TX | 79101-2236 | | legalbf@blackwellfirm.net | Direct email |
| Tony Alton Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5635 | | [reserved] | Direct email |
| United States Trustee | Attn. Nancy Resnick, Esq. | 1100 Commerce Street, Room 976 | Dallas | TX | 75242-0997 | | ustpregion06.da.ecf@usdoj.gov | ECF |
| Behrooz P. Vida | SubChapter V Trustee | 3000 Central Drive | Bedford | TX | | 76021 | behrooz@vidalawfirm.com | Direct email |