**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the items listed below was served on March 1, 2022 by regular mail according to the attached service list.

| Filing Date | |
|---|---|
| 02/25/2022 | 17 (4 pgs) Meeting of creditors 341(a) meeting to be held on 3/22/2022 at 09:00 AM by TELEPHONE. Proofs of Claims due by 4/22/2022. Government Proof of Claim due by 8/10/2022. (Neary, William) |

Dated: March 22, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _/s/ Jeff Carruth_
   JEFF CARRUTH (TX SBN: 24001846)
   3030 Matlock Rd., Suite 201
   Arlington, Texas 76105
   Telephone: (713) 341-1158
   Fax: (866) 666-5322
   E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

| SERVICE LIST | Case No. 22-20025-RLJ-11 | In re: Tony Alton Pennington | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip | Email | Method of Service / Comment |
| Ally Financial | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City | OK | 73118-7902 | | Regular mail |
| Ally Financial | Attn: Bankruptcy | PO Box 380901 | Bloomington | MN | 55438-0902 | | Regular mail |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern | PA | 19355-0702 | | Regular mail |
| Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso | TX | 79998-1541 | | Regular mail |
| Attorney General | Texas Child Support SDU | PO Box 659791 | San Antonio | TX | 78265-9792 | | Regular mail |
| Blue Juniper Trust | Systems & Services Technologies, Inc. | 4315 Pickett Road, | St. Joseph | MO | 64503-1601 | | Regular mail |
| Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City | UT | 84130-0286 | | Regular mail |
| Davis Law Firm | 1600 Lomas Blvd | | Albuquerque | NM | 87102-2713 | | Regular mail |
| Ford Motor Credit Corporation | PO BOX 62180 | | COLORADO SPRINGS | CO | 80962-2182 | | Regular mail |
| Hopper Pump & Drilling | 1002 Pine Hodge Rd | | Roswell | NM | 88201-9440 | | Regular mail |
| Internal Review Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | Regular mail |
| Lincoln Automotive Fin.. | Attn: Bankruptcy | PO Box 542000 | Omaha | NE | 68154-8001 | | Regular mail |
| New Mexico Tax & Revenue Dept | 1100 S St Francis Dr | | Roswell | NM | 88203 | | Regular mail |
| Rachel Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5637 | [reserved] | Direct email |
| Terra Abellana | 1890 County Road 1790 | | Sunset | TX | 76270-5329 | | Mail |
| Terra Abellana | c/o Blackwell Law Fir, LLP | 703 S. Van Buren | Amarillo | TX | 79101-2236 | legalbf@blackwellfirm.net | Direct email |
| Tony Alton Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5635 | [reserved] | Direct email |
| United States Trustee | Attn. Nancy Resnick, Esq. | 1100 Commerce Street, Room 976 | Dallas | TX | 75242-0997 | ustpregion06.da.ecf@usdoj.gov | ECF |
| Behrooz P. Vida | SubChapter V Trustee | 3000 Central Drive | Bedford | TX | 76021 | behrooz@vidalawfirm.com | Direct email |

service list (Pennington) 002.XLSX, Sheet1                                    Page 1 of 1                                    2/22/2022, 4:16 PM