TROY BLACKWELL SBN 00793348
BLACKWELL LAW FIRM, L.L.P.
703 S. Van Buren
Amarillo, TX 79101
(806) 331-3130
(806) 331-4530 FAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| **TONY ALTON PENNINGTON** | § CASE NO. 22-20025-RLJ-11 |
| | § |
| **DEBTOR** | § |
| | § |

### NOTICE OF APPEARANCE

Pursuant to Rule 9010(b) of the Rules of Practice and Procedure in Bankruptcy, Blackwell Law Firm LLP, Attn: Troy Blackwell, 703 S. Van Buren, Amarillo, TX 79101, hereby enters notice of appearance on behalf of TERRA ABELLANA, Creditor, in the above styled and numbered case.

The undersigned hereby requests copies of all filings, pleadings, and notices or other documents to which TERRA ABELLANA is entitled pursuant to the Bankruptcy Code and the Rules of Practice and Procedure in Bankruptcy.

Date: March 24, 2022

Respectfully submitted

BLACKWELL LAW FIRM, LLP
703 S. Van Buren
Amarillo, TX 79101
806-331-3130 (tel)
806-331-4530 (fax)

/s/Troy A. Blackwell;SBN 00793348
ATTORNEY FOR TERRA ABELLANA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2022, a true and correct copy of the foregoing Notice was served via U.S. Mail or electronic notice on the following parties in interest:

CHAPTER 11 TRUSTEE
Behrooz P. Vida
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021

CREDITOR
Terra Abellana
1890 County Road 1790
Sunset, TX 76270

DEBTOR'S BANKRUPTY ATTORNEY
Jeff Carruth
Weycer, Kaplan, Pulaski, & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015

U.S. Trustee
William T. Neary
1100 Commerce Street, Room 976
Dallas, TX 75242

/s/ Troy A. Blackwell
ATTORNEY FOR CREDITOR