**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## DEBTOR'S CODE §1118(C) STATUS REPORT

Tony Alton Pennington, debtor and debtor in possession ("Debtor"), files this status report under Code §1188(c) and would respectfully show to the Court the following.

1. The Debtor is an individual who is employed full time as an engineer. The Debtor has a dependent, non-wage earning spouse and four (4) dependent children.

2. The Debtor is formulating a plan that will provide the means for the Debtor to pay costs of living expenses and that will (1) address and continue payment of the secured debts of the two (2) vehicles, (2) address and to continue the payment of priority claims, (3) satisfy the statutory requirements for the treatment of general unsecured creditors by an individual Chapter 11 debtor.

3. The former spouse of the Debtor filed Proof of Claim No. 4 on or about March 24, 2022, and the undersigned on March 24, 2022 communicated with Mr. Blackwell regarding the direction and progress of this case.

4. The Debtor anticipates that the Debtor will file a plan prior to the statutory 90-day deadline for a Subchapter V case.

Dated: March 24, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _/s/ Jeff Carruth_
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com
PROPOSED ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

2117728.DOCX