

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 8, 2022

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 22-20025-rlj-11 |
| TONY ALTON PENNINGTON | § | (Subchapter V) |
|     Debtor. | § | |

## ORDER GRANTING APPLICATION OF SUBCHAPTER V TRUSTEE
## FOR POST-PETITION SECURITY DEPOST

Came to be considered the *Application for Post-Petition Security Deposit* (the *Application*"), filed by Behrooz P. Vida, Subchapter V Trustee ("Trustee"). The Application was duly and properly served. Debtor opposed the Motion. Having considered the pleadings on file and the arguments of counsel, the Court is of the opinion that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the Application is approved and Debtor within seven (7) days of the entry of this Order shall pay Trustee, in certified funds, the sum of $900.00 towards April 2022 security deposit.

**IT IS FURTHER ORDERED** that Debtor's obligation to Trustee will be a continuing obligation by the 7th day of each month until such time that an order confirming Debtor's proposed plan is entered, the case is converted to another Chapter of the Bankruptcy Code or dismissed by order of the Court.

**IT IS FURTHER ORDERED** that until further order of this Court, Trustee shall deposit each and every security deposit into a Subchapter V Trustee bank account which meets the guidelines set by the United States Trustee's Office.

##### **END OF ORDER**#####

Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com