## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-20025-RLJ-11 |
| TONY ALTON PENNINGTON, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

### NOTICE OF HEARING

Please take notice that a hearing has been set for **SEPTEMBER 15 2022, at 1:30 p.m.** before the Honorable Robert L. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court, U. S. Courthouse, 205 Southeast 5th Ave., Amarillo, Texas 79101-1559 regarding the matters referenced and described below filed by the above-captioned Debtor.  The hearing will be conducted by the Webex Video and audio facilities of the Court.  *Webex information is available at the following link.*

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jones-hearing-dates

*The Court will post the Webex log in information for this hearing approximately 2-3 business days prior to the hearing date at the link above.*

| Filing Date | Docket Text |
|---|---|
| 08/16/2022 | 70  (34 pgs) Application for compensation *First Interim Fee Application of Weycer, Kaplan, Pulaski & Zuber, P.C. Counsel to Debtor and Debtor in Possession* for Jeffery D. Carruth, Debtor's Attorney, Period: 2/11/2022 to 7/26/2022, Fee: $15682.50, Expenses: $199.32. Filed by Attorney Jeffery D. Carruth Objections due by 9/2/2022. (Carruth, Jeffery) |

Dated:  August 16, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:     */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com
ATTORNEYS FOR
TONY ALTON PENNINGTON
DEBTOR AND DEBTOR IN POSSESSION

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing item was served on August 16, 2022 to all parties appearing in the list below by regular mail or as otherwise indicated below in the attached service list.

    */s/ Jeff Carruth*
    JEFF CARRUTH

**22-20025-rlj11 Notice will be electronically mailed to:**

Troy A. Blackwell on behalf of Creditor Blackwell Law Firm. LLP
legalbf@blackwellfirm.net, ign@blackwellfirm.net

Troy A. Blackwell on behalf of Creditor Terry Abellana
legalbf@blackwellfirm.net, ign@blackwellfirm.net

Jeffery D. Carruth on behalf of Debtor Tony Alton Pennington
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Nancy Sue Resnick on behalf of U.S. Trustee United States Trustee
ustpregion06.da.ecf@usdoj.gov, nancy.s.resnick@usdoj.gov

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com, cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

Behrooz P. Vida -SBRA V on behalf of Trustee Behrooz P. Vida -SBRA V
behrooz@vidatrustee.com, cbpv11@trustesolutions.net;tracy@vidatrustee.com;bpv2117@gmail.com

Donna K. Webb on behalf of Creditor United States Of America -Internal Revenue Service
donna.webb@usdoj.gov, brian.stoltz@usdoj.gov;CaseView.ECF@usdoj.gov;brooke.lewis@usdoj.gov

| SERVICE LIST | Case No. 22-2002-RLJ-11 | In re: Tony Alton Pennington | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Address1 | Address2 | City | State | Zip | Email | Method of Service / Comment |
| Ally Financial | AIS Portfolio Services, LP | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City | OK | 73118-7902 | | Regular mail |
| Ally Financial | Attn: Bankruptcy | PO Box 380901 | Bloomington | MN | 55438-0902 | | Regular mail |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern | PA | 19355-0702 | | Regular mail |
| Amex | Correspondence/Bankruptcy | PO Box 981540 | El Paso | TX | 79998-1541 | | Regular mail |
| Attorney General | Texas Child Support SDU | PO Box 659791 | San Antonio | TX | 78265-9792 | | Regular mail |
| Blue Juniper Trust | Systems & Services Technologies, Inc. | 4315 Pickett Road, | St. Joseph | MO | 64503-1601 | | Regular mail |
| Capital One | Attn: Bankruptcy | PO Box 30285 | Salt Lake City | UT | 84130-0286 | | Regular mail |
| Davis Law Firm | 1600 Lomas Blvd | | Albuquerque | NM | 87102-2713 | | Regular mail |
| Ford Motor Credit Corporation | PO BOX 62180 | | COLORADO SPRINGS | CO | 80962-2182 | | Regular mail |
| Hopper Pump & Drilling | 1002 Pine Hodge Rd | | Roswell | NM | 88201-9440 | | Regular mail |
| Internal Review Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | Regular mail |
| Lincoln Automotive Fin.. | Attn: Bankruptcy | PO Box 542000 | Omaha | NE | 68154-8001 | | Regular mail |
| New Mexico Tax & Revenue Dept | 1100 S St Francis Dr | | Roswell | NM | 88203 | | Regular mail |
| Rachel Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5637 | [reserved] | Direct email |
| Terra Abellana | 1890 County Road 1790 | | Sunset | TX | 76270-5329 | | Mail |
| Terra Abellana | c/o Blackwell Law Fir, LLP | 703 S. Van Buren | Amarillo | TX | 79101-2236 | legalbf@blackwellfirm.net | Direct email |
| Tony Alton Pennington | 3803 Lynette Dr | | Amarillo | TX | 79109-5635 | [reserved] | Direct email |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas | TX | 75242-0997 | | ECF |
| | SubChapter V Trustee | | | | | TBD | TBD |

service list (Pennington) 001 with poc info (2100373x1071EA).XLSX, Sheet1     Page 1 of 1     2/11/2022, 11:54 AM

**NOTICE OF HEARING — Page 1**